UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BAN ATCHOO, | ) Case No.: 5:10-cv-13158-JCO-RSW |
| Plaintiff, | ) Hon. John Corbett O'Meara |
| v. | ) |
| ACADEMY COLLECTION SERVICES, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, BAN ATCHOO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  September 23, 2010         RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.


By: /s/ Michael S. Agruss

Michael S. Agruss
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
CA SBN 259567
Attorneys for Plaintiff

- 1 -

## **CERTIFICATE OF SERVICE**

I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record.

>By: /s/ Michael S. Agruss
>Michael S. Agruss
>Attorney for Plaintiff